IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMOKING EVERYWHERE, INC.<br>5600 NW 102nd Avenue, Suite A<br>Sunrise, Florida 33351<br><br>      Plaintiff,<br><br>and<br><br>Sottera, Inc., d/b/a/ NJOY<br>15455 N. Greenway-Hayden Loop Road<br>Scottsdale, Arizona 85260<br><br>      Proposed Intervenor-Plaintiff,<br><br>vs.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br>JOSHUA M. SHARFSTEIN, M.D.,<br>Acting Commissioner for Food and Drugs,<br>10903 New Hampshire Avenue<br>Silver Spring, Maryland 20903<br><br>and<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br>KATHLEEN SEBELIUS, Secretary of the<br>Department of Health and Human Services<br>200 Independence Avenue, SW<br>Washington, D.C. 20201<br><br>      Defendants. | Civil Action No. 1:09-cv-00771 (RJL) |

**PLAINTIFF SOTTERA, INC., D/B/A/ NJOY'S RULE 7.1 CERTIFICATE**

Certificate Required By Lcvr 7.1 of the Local Rules of the United States District Court for the District Of Columbia:

I, the undersigned, counsel of record for Proposed Intervenor-Plaintiff Sottera, Inc. d/b/a NJOY™ ("NJOY"), certify that to the best of my knowledge and belief, there are no parent

companies, subsidiaries, or affiliates of NJOY that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 8, 2009

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ David A. Becker
David A. Becker (D.C. Bar No. 456396)
Philip J. Perry (D.C. Bar No. 434278)
John R. Manthei (D.C. Bar No. 447123)
   *Pro hac vice* motion pending
Carolyne R. Hathaway (D.C. Bar No. 416066)
   *Pro hac vice* motion pending
LATHAM & WATKINS LLP
555 11th Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
E-mail: david.becker@lw.com

*Attorneys of Record for Proposed Intervenor-Plaintiff Sottera, Inc. d/b/a NJOY*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2009, I caused a true and correct copy of Proposed Intervenor-Plantiff Sottera, Inc., d/b/a/ NJOY's Rule 7.1 Certificate to be served via first-class mail, postage prepaid, upon the following:

Christopher Kip Schwartz
THOMPSON HINE LLP
1920 N Street, NW
Suite 800
Washington, DC 20036

Drake S. Cutini
DEPARTMENT OF JUSTICE
Office of Consumer Litigation
P.O. 386
Washington, DC 20044

David A. Becker
Latham & Watkins LLP