IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMOKING EVERYWHERE, INC.<br>5600 NW 102nd Avenue, Suite A<br>Sunrise, Florida 33351<br><br>        Plaintiff,<br><br>and<br><br>Sottera, Inc., d/b/a/ NJOY<br>15455 N. Greenway-Hayden Loop Road<br>Scottsdale, Arizona 85260<br><br>        Proposed Intervenor-Plaintiff,<br><br>    vs.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br>JOSHUA M. SHARFSTEIN, M.D.,<br>Acting Commissioner for Food and Drugs,<br>10903 New Hampshire Avenue<br>Silver Spring, Maryland 20903<br><br>and<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br>KATHLEEN SEBELIUS, Secretary of the<br>Department of Health and Human Services<br>200 Independence Avenue, SW<br>Washington, D.C. 20201<br><br>        Defendants. | Civil Action No. 1:09-cv-00771 (RJL) |

## MOTION OF PROPOSED INTERVENOR-PLAINTIFF SOTTERA, INC. d/b/a NJOY™ FOR PRELIMINARY INJUNCTION

Proposed Intervenor-Plaintiff Sottera, Inc. d/b/a NJOY™ ("NJOY") hereby moves to join the pending motion of plaintiff Smoking Everywhere Inc. ("SE") for Temporary Restraining

**RECEIVED**

MAY - 8 2009

Clerk, U.S. District and
Bankruptcy Courts

Order and Preliminary Injunction (the "Motion"), and in support thereof, adopts plaintiff SE's Memorandum in Support thereof and NJOY's Proposed Verified Complaint, and further states as follows:

Proposed Intervenor-Plaintiff NJOY is an importer and distributor of electronic cigarettes – battery powered products that allow a user to inhale liquid nicotine vapor distilled from natural tobacco plants for the purpose of "smoking" pleasure.  Virtually all of NJOY's revenue is derived from the importation of electronic cigarettes into the United States and NJOY has binding contracts with its suppliers and independent distributors for the purchase and sale of electronic cigarettes.

Defendant United States Food and Drug Administration ("FDA") has recently taken action effectively declaring electronic cigarettes and their component parts, including their naturally derived liquid nicotine mixture, to be a new drug, new drug device and/or a new drug-device combination.  FDA implemented this new policy despite the fact that Congress and the Supreme Court of the United States have both clearly declared that FDA is without jurisdiction to regulate tobacco products, and FDA further implemented this new, substantive policy without engaging in the statutorily required notice-and-comment procedure.  In furtherance of this new policy, Defendants have ordered all shipments of electronic cigarettes and component parts to be refused entry into the United States.  On April 15, 2009, in reliance on FDA's policy, U.S. Customs and Border Protection ("CBP") wrongfully refused entry into the U.S. and detained at the Port of Entry  in Phoenix, Arizona a shipment of NJOY's electronic cigarettes.  Defendants' actions exceed their authority under the Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. §§ 301 *et seq.*, and are further in violation of the notice and comment requirements of the Administrative Procedures Act ("APA"), 5 U.S.C. § 553.

Because NJOY will be irreparably harmed if Defendants continue enforcement of these unlawful new policies, NJOY respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 65, for a preliminary injunction, pending a decision on the merits, that (i) enjoins Defendants from enforcing any import ban or restrictions on electronic cigarettes relating to their classification under the FDCA, or from enforcing Import Alert 66-41 with respect to electronic cigarettes and electronic cigarette component parts; and (ii) orders the release of all products detained on the basis of FDA's unlawful import restrictions.

Proposed intervenor-plaintiff NJOY does not seek to alter the current schedule for hearing on SE's motion on May 15, 2009, at 4:00 p.m.

Dated: May 8, 2009

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ David A. Becker
David A. Becker (D.C. Bar No. 456396)
Philip J. Perry (D.C. Bar No. 434278)
John R. Manthei (D.C. Bar No. 447123)
   *Pro hac vice* motion pending
Carolyne R. Hathaway (D.C. Bar No. 416066)
   *Pro hac vice* motion pending
LATHAM & WATKINS LLP
555 11th Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
E-mail: david.becker@lw.com

*Attorneys of Record for Proposed Intervenor-Plaintiff Sottera, Inc. d/b/a NJOY*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2009, I caused a true a correct copy of the foregoing Motion for Preliminary Injunction to be served via first-class mail, postage prepaid, upon the following:

Christopher Kip Schwartz
THOMPSON HINE LLP
1920 N Street, NW
Suite 800
Washington, DC 20036

Drake S. Cutini
DEPARTMENT OF JUSTICE
Office of Consumer Litigation
P.O. 386
Washington, DC 20044

David A. Becker
Latham & Watkins LLP