IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMOKING EVERYWHERE, INC.
5600 NW 102nd Avenue, Suite A
Sunrise, Florida 33351
   Plaintiff,
and

Sottera, Inc., d/b/a/ NJOY
15455 N. Greenway-Hayden Loop Road
Scottsdale, Arizona 85260

   Proposed Intervenor-Plaintiff,
vs.

U.S. FOOD AND DRUG ADMINISTRATION,
JOSHUA M. SHARFSTEIN, M.D.,
Acting Commissioner for Food and Drugs,
10903 New Hampshire Avenue
Silver Spring, Maryland 20903

and

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
KATHLEEN SEBELIUS, Secretary of the
Department of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201
   Defendants.

Civil Action No. 1:09-cv-00771 (RJL)

## DECLARATION OF JOHN LEADBEATER

John Leadbeater declares as follows:

  1) I have been the President and Chief Executive Officer of Sottera, Inc. since September 2006.

  2) Sottera is a Nevada corporation that does business under the name NJOY.

  3) NJOY is an importer and distributor of electronic smoking devices ("E-Cigarettes"), and has imported E-cigarettes and sold them in the United States since February

2007.

4) Virtually all of NJOY's revenues are derived from the importation of E-Cigarettes into the United States.

5) NJOY has entered into binding contracts with its suppliers and distributors for the purchase and sale of E-Cigarettes.

6) NJOY's only business line is the importation and distribution of E-cigarettes.

7) Absent a reliable supply of E-Cigarettes NJOY's viability as a business would be severely threatened because, among other reasons, any delay in the importation of E-Cigarettes will erode NJOY's customer base.

8) The nicotine mixture in all of NJOY's E-Cigarettes imported to date is distilled from natural tobacco plants. E-cigarettes vaporize the nicotine mixture, which is inhaled in a manner similar to that of inhaling actual tobacco smoke. E-cigarettes are made up of three basic parts: the cartridge, the heating element or atomizer, and the battery and electronics.

9) NJOY has always labeled its products with a disclaimer stating that "NJOY products are not a smoking cessation product and have not been tested as such," or words to that effect.

10) NJOY takes the following steps to ensure that the company's e-cigarettes are sold and used just like traditional cigarettes and cigars: all E-cigarette products are sealed in tamper-proof shrink wrap; NJOY instructs retailers to follow the same age verification requirements used in effectuating sales of other tobacco products; and the display fixture for NJOY products is designed for placement behind the sales counter, accessible only to the clerk and not to customers.

11) Attached hereto as Exhibit A is a true and correct copy of a sample of the labeling NJOY uses for its products.

12) Attached hereto as Exhibit B is a true and correct copy of the FDA's Notice of Action which is dated April 20, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2009

                                              John Leadbeater

# **EXHIBIT A**



# JOY

TESTED IN THE USA
GLOBALLY DISTRIBUTED

"Smoke" ywhere', ytime', yplace"!

**5 Assorted Traditional Flavor Cartridges**
**Electronic Cigarette**

Kit Includes:
1 NJOY Device (vaporizer), 2 Rechargeable Batteries, 1 Battery Charger, 5 NJOY Cartridges

CARTRIDGE INGREDIENTS:
Nicotine, flavoring, water, and propylene glycol

## ELECTRONIC CIGARETTE
# NPRO Starter Kit

JOY
"Smoke" ywhere', ytime', yplace"!
03-NP-WHT-SK

5 Assorted Traditional Flavor Cartridges Included

ALL THE PLEASURES OF SMOKING
WITHOUT ALL THE PROBLEMS

**EXTRA BATTERY AND CHARGER INCLUDED!**

### "Smoke" Nywhere™, Nytime™, Nyplace™!

| CARTRIDGES AVAILABLE IN FLAVORS | ALL FLAVORS AVAILABLE IN FOUR STRENGTHS | |
|---|---|---|
| TRADITIONAL | REGULAR | (nicotine content 18 mg) |
| MENTHOL | LIGHT | (nicotine content 12 mg) |
| VANILLA | ULTRA LIGHT | (nicotine content 6 mg) |
| APPLE | NONE | (nicotine content 0 mg) |
| STRAWBERRY | | |

TESTED IN THE USA
GLOBALLY DISTRIBUTED

Replacement cartridges available in a variety of nicotine levels and flavors.

8 10687 01092 2

## STARTER KIT INCLUDES:

- 1 AC BATTERY CHARGER
- 1 VAPORIZER DEVICE
- 2 RECHARGEABLE BATTERIES
- 5 REPLACEMENT CARTRIDGES

NJOY

www.NJOY.com
For Additional Product Information Please Visit

NJOY products are not for use by those at risk of heart disease, high blood pressure, diabetes, or by persons who are sensitive to caffeine or nicotine. Length of product use is up to the individual. NJOY products are designed for smokers of legal smoking age and are not intended for use by non-smokers. Please keep NJOY products away from children and pets. Ingestion of the cartridge contents can be harmful. If you suspect you or anyone else may be experiencing nicotine overdose, please seek immediate medical attention. The cartridges are non-toxic.

# EXHIBIT B

APR.23.2009  11:41AM     AZ CUSTOM BROKERS                                        NO.740    P.2/4


Aida

# United States Food and Drug Administration
## Los Angeles District Office
### Notice of FDA Action

Entry Number:    XXX-0161838-9                                               Notice Number:  2
                                                                             April 20, 2009
Filer:
Acb Import Services, Inc                    Attention:    Arizona Customs [
2153 E. Jones Ave
Phoenix, AZ 85040

Port of Entry:    2605, Phoenix, AZ
Carrier:          AIR CANADA; 574-0236213-1          25 2275
Date Received:    April 15, 2009
Arrival Date:

Importer of Record: Sottera Inc, Scottsdale, AZ  85260
Consignee:         Sottera Inc, Scottsdale, AZ  85260-1886

## HOLD DESIGNATED

### Summary of Current Status of Individual Lines

Document:  1  Invoice: 20090403

| Line ACS/FDA | Product Description | Quantity | Current Status |
|---|---|---|---|
| ---/001 | ELECTRONIC CIGARETTES | 6000 PCS | Line Split |
| * ---/001A | ELECTRONIC CIGARETTE NPRO Starter Kits | 6000 PCS | Detained 04-20-2009 |
| * ---/001B | ELECTRONIC CIGARETTE Replacement Cartridges | 95000 PCS | Detained 04-20-2009 |

\* = Status change since the previous notice. Read carefully the sections which follow for important information regarding these lines.

@ = Consignee ID

FDA will not request redelivery for examination or sampling, if the products not released by FDA are moved, following USCS conditional release to a location within the local metropolitan area or to a location approved by the FDA office at the number below.

All products in this entry not listed above may proceed without FDA examination. This notice does not constitute assurance the products involved comply with provisions of the Food, Drug, and Cosmetic Act or other related acts, and does not preclude action should the products later be found violative.

## DETENTION

The following products are subject to refusal pursuant to the Federal Food Drug and Cosmetic Act (FD&CA),

Notice of FDA Action  
Entry Number: XXX-0161838-9

Notice Number 2  
Page: 2

Public Health Service Act (PHSA), or other related acts in that they appear to be adulterated, misbranded or otherwise in violation as indicated below:

| Line ACS/FDA | Product Description | Respond By |
|---|---|---|
| ---/001A | ELECTRONIC CIGARETTE NPRO Starter Kits | May 8, 2009 |

**FD&CA Section 502(o), 801(a)(3); MISBRANDING**
It appears the device is subject to listing under 510(j) and the initial distributor has not registered as required by 21 CFR 807.20 (a)(4).

**FD&CA Section 502(o), 801(a)(3); MISBRANDING**
It appears the drug or device is not included in a list required by Section 510(j), or a notice or other information respecting it was not provided as required by section 510(j) or 510(k). These products and their component parts appear to be intended to both affect the structure or function of the body, and to prevent, mitigate, or treat the withdrawal symptoms of nicotine addiction.

**FD&CA Section 505(a), 801(a)(3); UNAPPROVED NEW DRUG**
The article appears to be a new drug without an approved new drug application. These products and their component parts appear to be intended to both affect the structure or function of the body, and to prevent, mitigate, or treat the withdrawal symptoms of nicotine addiction.

**FD&CA Section 801(a)(3); 502(o) Misbranding**
It appears that a notice or other information respecting the device was not provided to FDA, as required by Section 510(k) and the device was not found to be substantially equivalent to a predicate device. These products and their component parts appear to be intended to both affect the structure or function of the body, and to prevent, mitigate, or treat the withdrawal symptoms of nicotine addiction.

| | | |
|---|---|---|
| ---/001B | ELECTRONIC CIGARETTE Replacement Cartridges | May 8, 2009 |

**FD&CA Section 502(o), 801(a)(3); MISBRANDING**
It appears the device is subject to listing under 510(j) and the initial distributor has not registered as required by 21 CFR 807.20 (a)(4).

**FD&CA Section 502(o), 801(a)(3); MISBRANDING**
It appears the drug or device is not included in a list required by Section 510(j), or a notice or other information respecting it was not provided as required by section 510(j) or 510(k). These products and their component parts appear to be intended to both affect the structure or function of the body, and to prevent, mitigate, or treat the withdrawal symptoms of nicotine addiction.

**FD&CA Section 505(a), 801(a)(3); UNAPPROVED NEW DRUG**
The article appears to be a new drug without an approved new drug application. These products and their component parts appear to be intended to both affect the structure or function of the body, and to prevent, mitigate, or treat the withdrawal symptoms of nicotine addiction.

**FD&CA Section 801(a)(3); 502(o) Misbranding**
It appears that a notice or other information respecting the device was not provided to FDA, as required by Section 510(k) and the device was not found to be substantially equivalent to a predicate device. These products and their component parts appear to be intended to both affect the structure or function of the body, and to prevent, mitigate, or treat the withdrawal symptoms of nicotine addiction.

Please direct your response to:

Ruben Delagarza, Compliance Officer  
(Region/District)  
U.S. Food and Drug Administration  
222 W. 6th St., Suite 700

(310) 971-2297  
(310) 971-2363 (FAX)  
RUBEN.DELAGARZA@FDA.HHS.GOV

Notice of FDA Action
Entry Number: XXX-0161838-9

Notice Number 2
Page: 3

San Pedro, CA 90731

You have the right to provide oral or written testimony, to the Food & Drug Administration, regarding the admissibility of the article(s) or the manner in which the article(s) can be brought into compliance. This testimony must be provided to FDA on or before the dates shown above.

Notice Prepared For: The District Director, U.S. Food and Drug Administration
Notice Prepared By: AT