UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMOKING EVERYWHERE, INC.,<br><br>        Plaintiff,<br><br>and<br><br>SOTTERA, INC. d/b/a NJOY,<br><br>        Intervenor/Plaintiff,<br><br>   v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.,<br><br>        Defendants. | Case No. 09-cv-0771 (RJL) |

**PLAINTIFF SMOKING EVERYWHERE, INC.'S MOTION FOR LEAVE TO FILE *INSTANTER* A STATUS REPORT CONCERNING RECENT EVENTS WHICH MAY IMPACT PLAINTIFF'S CONTINUED EXISTENCE**

Plaintiff, Smoking Everywhere, Inc. ("SE"), by and through its undersigned counsel, hereby moves the Court for leave to file *instanter* a Status Report concerning critical events which have transpired since the parties last appeared before this Court that may affect Plaintiff's continued existence. SE respectfully submits that since SE's preliminary injunction motion was fully briefed and argued on May 15, 2009 and since the impact of the Family Smoking Prevention and Tobacco Control Act was briefed and argued on August 17, 2009, certain events have occurred which, in addition to the import ban instituted by the FDA, directly threaten Plaintiff's continued existence. Because a final decision of this Court may be moot as a practical matter unless the Court is informed of these exigencies, SE respectfully requests that the Court grant SE leave to file *instanter* the accompanying Status Report. Defendant will not be prejudiced by the filing of the Status Report.

                                                          Respectfully submitted,

                                                          THOMPSON HINE LLP

Dated: September 29, 2009          By:_____/s/ Kip Schwartz_____
                                                          Kip Schwartz (D.C. Bar # 444650)
                                                                kip.schwartz@thompsonhine.com
                                                          Eric Heyer (D.C. Bar #500095)
                                                                eric.heyer@thompsonhine.com
                                                          Walt Linscott (admitted *pro hac vice*)
                                                                walt.linscott@thompsonhine.com
                                                          Brian Lamb (admitted *pro hac vice*)
                                                               brian.lamb@thompsonhine.com
                                                          Matthew Ridings (admitted *pro hac vice*)
                                                              matt.ridings@thompsonhine.com
                                                          1920 N Street, N.W., Suite 800
                                                          Washington, D.C. 20036
                                                          (202) 331-8800 Telephone
                                                          (202) 331-8330 Facsimile

                                                          *Counsel for Plaintiff Smoking Everywhere, Inc.*

## CERTIFICATE OF SERVICE

I, Kip Schwartz, hereby certify that on September 29, 2009, I caused the foregoing Plaintiff Smoking Everywhere, Inc.'s Motion for Leave to File *Instanter* a Status Report Concerning Recent Events Which May Impact Plaintiff's Continued Existence to be filed with the Clerk of Court through the Court's electronic filing/ECF system, and service to thereby be effected on the following registered users:

> David Becker
> LATHAM & WATKINS LLP
> 555 11th Street, N.W.
> Washington, D.C. 20004
> *Counsel for Intervenor/Plaintiff Sottera Inc. d/b/a NJOY*
>
> Drake Cutini
> Office of Consumer Litigation
> United States Department of Justice
> P.O. Box 386
> Washington, D.C. 20044
> *Counsel for Defendants*

                /s/ Kip Schwartz
                Kip Schwartz