UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMOKING EVERYWHERE, INC., )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>SOTTERA, INC., d/b/a NJOY, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FOOD AND DRUG )<br>ADMINISTRATION, *et al.*, )<br>)<br>Defendants. ) | Civil Case No. 09-771 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion, it is this 14th day of January, 2010, hereby

**ORDERED** that Smoking Everywhere's Motion for Temporary Restraining Order and/or Injunctive Relief [#2], which the Court has converted to a Motion for Preliminary Injunction (Minute Order dated May 1, 2009), and NJOY's Motion for Preliminary Injunction [#24] are **GRANTED**; it is further

**ORDERED** that FDA shall not detain or refuse admission into the United States of Smoking Everywhere's electronic cigarette products on the ground that those products are unapproved drugs, devices, or drug-device combinations under the Food, Drug, and

Cosmetic Act ("FDCA"), 21 U.S.C. §§ 301 *et seq.*; it is further

**ORDERED** that FDA shall not detain or refuse admission into the United States of NJOY's electronic cigarette products on the ground that those products are unapproved drugs, devices, or drug-device combinations under the FDCA, absent a proffer of evidence, consistent with the Court's Memorandum Opinion, that NJOY's products are intended to have a therapeutic effect; it is further

**ORDERED** that the Combined Motion for Leave to Submit a Brief Amicus Curiae and Brief Amicus Curiae in Support of Defendant FDA by Action on Smoking and Health [#47] and Alliance of Electronic Smokers' Motion for Leave to Participate and File Brief as Amicus Curiae [#49] are **GRANTED**; and it is further

**ORDERED** that the Motion of Intervenor-Plaintiff Sottera, Inc. d/b/a NJOY for Leave to File Reply to Defendants' September 17th Response to Proposed Amicus [#52] and Plaintiff Smoking Everywhere, Inc.'s Motion for Leave to File Instanter a Status Report Concerning Recent Events Which May Impact Plaintiff's Continued Existence [#53] are **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge