APPEAL, TYPE–D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:09–cv–00771–RJL
### *Internal Use Only*

| | |
|---|---|
| SMOKING EVERYWHERE, INC. v. U.S. FOOD AND DRUG ADMINISTRATION et al | Date Filed: 04/28/2009 |
| Assigned to: Judge Richard J. Leon | Jury Demand: None |
| Case in other court:     U. S. Court of Appeals – DC Circuit, 10–05032 | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: U.S. Government Defendant |

Cause: 28:1331 Fed. Question

**Plaintiff**

| | | |
|---|---|---|
| **SMOKING EVERYWHERE, INC.** | represented by | **Christopher Kip Schwartz** |
| | | THOMPSON HINE LLP |
| | | 1920 N Street, NW |
| | | Suite 800 |
| | | Washington, DC 20036 |
| | | (202) 263–4157 |
| | | Fax: (202) 331–8330 |
| | | Email: kip.schwartz@thompsonhine.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Eric N. Heyer** |
| | | THOMPSON HINE, LLP |
| | | 1920 N Street, NW |
| | | Suite 800 |
| | | Washington, DC 20036 |
| | | (202) 973–2758 |
| | | Email: eric.heyer@thompsonhine.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Brian J. Lamb** |
| | | THOMPSON HINE LLP |
| | | 3900 Key Center |
| | | 127 Public Square |
| | | Cleveland, OH 44114–1291 |
| | | (216) 566–5500 |
| | | Fax: (216) 566–5800 |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Matthew D. Ridings** |
| | | THOMPSON HINE LLP |
| | | 3900 Key Center |
| | | 127 Public Square |
| | | Cleveland, OH 44114–1291 |

(216) 566–5500
Fax: (216) 566–5800
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Walt A. Linscott**
THOMPSON HINE LLP
1201 West Peachtree St., NW
Suite 2200
Atlanta, GA 30309–3449
(404) 541–2900
Fax: (404) 541–2905
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**JOHN F. BANZHAF**                    represented by    **JOHN F. BANZHAF**
*Executive Director of Action on Smoking*               ACTION ON SMOKING AND HEALTH
*and Health (ASH)*                                       2013 H Street, NW
                                                         Washington, DC 20006
                                                         PRO SE

V.

<u>**Intervenor Plaintiff**</u>

**SOTTERA, INC.**                      represented by    **David A. Becker**
*doing business as*                                     LATHAM &WATKINS LLP
NJOY                                                    555 11th Street, NW
                                                        Suite 1000
                                                        Washington, DC 20004–1304
                                                        (202) 637–2200
                                                        Fax: (202) 637–2201
                                                        Email: david.becker@lw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Carolyne R. Hathaway**
                                                        LATHAM &WATKINS LLP
                                                        555 11th Street, NW
                                                        Suite 1000
                                                        Washington, DC 20004–1304
                                                        (202) 637–2279
                                                        Fax: (202) 637–2201
                                                        Email: carolyne.hathaway@lw.com
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John Richard Manthei**
                                                        LATHAM &WATKINS LLP
                                                        555 11th Street, NW
                                                        Suite 1000

Washington, DC 20004–1304
(202) 637–2211
Fax: (202) 637–2201
Email: john.manthei@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. FOOD AND DRUG**               represented by   **Drake S. Cutini**
**ADMINISTRATION**                                    DEPARTMENT OF JUSTICE
                                                      Civil Division
                                                      Office of Consumer Litigation
                                                      P.O. 386
                                                      Washington, DC 20044
                                                      (202) 307–0044
                                                      Fax: (202) 514–8742
                                                      Email: drake.cutini@usdoj.gov
                                                      *LEAD ATTORNEY*

**Defendant**

**JOSHUA M. SHARFSTEIN**             represented by   **Drake S. Cutini**
*M.D.–Acting Commissioner for Food and*              (See above for address)
*Drugs*                                              *LEAD ATTORNEY*

**Defendant**

**MARGARET HAMBURG**                 represented by   **Drake S. Cutini**
*M.D., Commissioner Designate for Food*              (See above for address)
*and Drugs*                                          *LEAD ATTORNEY*

**Defendant**

**U.S. DEPARTMENT OF HEALTH**        represented by   **Drake S. Cutini**
**AND HUMAN SERVICES**                               (See above for address)
                                                     *LEAD ATTORNEY*

**Defendant**

**CHARLES E. JOHNSON**               represented by   **Drake S. Cutini**
*Acting Secretary of the Department of*              (See above for address)
*Health and Human Services*                          *LEAD ATTORNEY*

**Defendant**

**KATHLEEN SEBELIUS**                represented by   **Drake S. Cutini**
*Secretary Designate for the Department of*          (See above for address)
*Health and Human Services*                          *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**ALLIANCE OF ELECTRONIC
SMOKERS**
*(AES)*

represented by **Christopher Michael Loveland**
SHEPPARD, MULLIN, RICHTER
&HAMPTON LLP
1300 I Street, NW
11th Floor East
Washington, DC 20005
(202) 218−0000
Fax: (202) 218−0020
Email: cloveland@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah M. Shelton**
SHEPPARD, MULLIN, RICHTER
&HAMPTON LLP
1300 I Street, NW
11th Floor East
Washington, DC 20005
(202) 218−0000
Fax: (202) 218−0020
Email: dshelton@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/28/2009 | 1 | | COMPLAINT against U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES JOHNSON, KATHLEEN SEBELIUS ( Filing fee $ 350, receipt number 4616020180) filed by SMOKING EVERYWHERE, INC.. (Attachments: # 1 Civil Cover Sheet)(td, ) (Entered: 04/28/2009) |
| 04/28/2009 | 2 | | MOTION for Temporary Restraining Order and/or injunctive relief by SMOKING EVERYWHERE, INC. (td, ) (Entered: 04/28/2009) |
| 04/28/2009 | 3 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by SMOKING EVERYWHERE, INC. identifying Corporate Parent NONE for SMOKING EVERYWHERE, INC.. (td, ) (Entered: 04/28/2009) |
| 04/28/2009 | 4 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Walt Linscott, :Firm− THOMPSON HINE LLP, :Address− One Atlantic Center, 1201 West Peachtree Street, NW, Suite 2200, Atlanta, Georgia 30309−3449. Phone No. − (404) 541−2900. by SMOKING EVERYWHERE, INC. (td, ) (Entered: 04/28/2009) |
| 04/28/2009 | 5 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Matthew Ridings, :Firm– Thompson Hine LLP, :Address– 3900 Key Center, 127 Public Square, Cleveland, Ohio, 44114–1291. Phone No. – (216) 566–5561. by SMOKING EVERYWHERE, INC. (td, ) (Entered: 04/28/2009) |
| 04/28/2009 | 6 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Brian Lamb, :Firm– THOMPSON HINE LLP, :Address– 3900 Key Center, 127 Public Square, Cleveland, Ohio, 44114–1291. Phone No. – (216) 566–5590. by SMOKING EVERYWHERE, INC. (td, ) (Entered: 04/28/2009) |
| 04/28/2009 | | | SUMMONS Not Issued. (td, ) (Entered: 04/28/2009) |
| 04/29/2009 | 7 | | NOTICE of Appearance by Drake S. Cutini on behalf of U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES JOHNSON, KATHLEEN SEBELIUS (Cutini, Drake) (Entered: 04/29/2009) |
| 04/29/2009 | | | SUMMONS (8) Issued as to U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES JOHNSON, KATHLEEN SEBELIUS, U.S. Attorney and U.S. Attorney General. (kb) (Entered: 04/29/2009) |
| 04/29/2009 | 8 | | MOTION for Order *To Establish Briefing Schedule* by U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES JOHNSON, KATHLEEN SEBELIUS (Cutini, Drake) (Entered: 04/29/2009) |
| 04/30/2009 | | | Set/Reset Hearings: Motion Hearing re: 2 MOTION for Temporary Restraining Order and 8 MOTION for Order To Establish Briefing Schedule set for 5/1/2009 11:00 AM in Courtroom 18 before Judge Richard J. Leon. Defendants are hereby notified that the Court does not expect nor require additional briefing in advance of the 5/1/2009 hearing. (lcrjl1) (Entered: 04/30/2009) |
| 04/30/2009 | 9 | | NOTICE *REGARDING MOTIONS FOR ADMISSION PRO HAC VICE OF WALT LINSCOTT, BRIAN LAMB, AND MATTHEW RIDINGS* by SMOKING EVERYWHERE, INC. re 5 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Matthew Ridings, :Firm– Thompson Hine LLP, :Address– 3900 Key Center, 127 Public Square, Cleveland, Ohio, |

| | | | |
|---|---|---|---|
| | | | 44114–1291. Phone No. – (216) 566–5561., 4 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Walt Linscott, :Firm– THOMPSON HINE LLP, :Address– One Atlantic Center, 1201 West Peachtree Street, NW, Suite 2200, Atlanta, Georgia 30309–3449. Phone No. – (404) 541–2900. MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Walt Linscott, :Firm– THOMPSON HINE LLP, :Address– One Atlantic Center, 1201 West Peachtree Street, NW, Suite 2200, Atlanta, Georgia 30309–3449. Phone No. – (404) 541–2900., 6 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Brian Lamb, :Firm– THOMPSON HINE LLP, :Address– 3900 Key Center, 127 Public Square, Cleveland, Ohio, 44114–1291. Phone No. – (216) 566–5590. (Schwartz, Christopher) (Entered: 04/30/2009) |
| 04/30/2009 | | | MINUTE ORDER granting 4 5 6 Motions for Leave to Appear Pro Hac Vice. It is hereby ORDERED that the motions for leave to appear pro hac vice are GRANTED. Matthew Ridings, Walt Linscott, and Brian Lamb are admitted pro hac vice in this matter. Signed by Judge Richard J. Leon on 4/30/2009. (lcrjl1) (Entered: 04/30/2009) |
| 04/30/2009 | 10 | | Memorandum in opposition to re 8 MOTION for Order *To Establish Briefing Schedule* filed by SMOKING EVERYWHERE, INC.. (Attachments: # 1 Declaration of Elicko Taleb, # 2 Text of Proposed Order)(Schwartz, Christopher) (Entered: 04/30/2009) |
| 05/01/2009 | | | MINUTE ORDER. Based on a conference today with counsel for both parties, the Court will treat plaintiff's 2 motion for a temporary restraining order as a motion for a preliminary injunction. The following briefing schedule shall apply: defendants' response to plaintiff's motion due by close of business 5/11/2009; plaintiff's reply due by close of business 5/14/2009. A hearing on plaintiff's motion is set for 5/15/2009 4:00 pm in Courtroom 18. Defendants' 8 motion to establish briefing schedule for preliminary injunction is DENIED as moot. Signed by Judge Richard J. Leon on 5/1/2009.(lcrjl1) (Entered: 05/01/2009) |
| 05/04/2009 | | | Set/Reset Deadlines/Hearings: Defendants' response to plaintiffs' motion due by COB 5/11/2009. Plaintiff's reply due by COB 5/14/2009. Motion Hearing set for 5/15/2009 at 04:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 05/04/2009) |
| 05/05/2009 | 11 | | NOTICE of Appearance by Eric N. Heyer on behalf of SMOKING EVERYWHERE, INC. (Heyer, Eric) (Entered: 05/05/2009) |

| 05/08/2009 | 12 | | MOTION to Intervene as a Plaintiff by SOTTERA, INC. (Attachments: #1 Exhibit Verified Complaint, #2 Exhibit 7.1 Certificate, #3 Exhibit Motion for Preliminary Injunction)(jf, ) (Additional attachment(s) added on 5/11/2009: #4 Declaration of John Leadbeater) (jf, ). (Entered: 05/11/2009) |
|---|---|---|---|
| 05/08/2009 | 13 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Carolyne R. Hathaway, :Firm– Latham &Watkins LLP,, :Address– 555 11th Street, NW, Suite 1000, Washington, DC 20004–1304. Phone No. – (202) 637–2279. by SOTTERA, INC. (jf, ) (Entered: 05/11/2009) |
| 05/11/2009 | 14 | | Memorandum in opposition to re 2 MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES E. JOHNSON, KATHLEEN SEBELIUS. (Cutini, Drake) (Entered: 05/11/2009) |
| 05/11/2009 | 15 | | ADMINISTRATIVE RECORD *of Detention Decision* by U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES E. JOHNSON, KATHLEEN SEBELIUS. (Attachments: #1 Supplement Part 2 Detention Record, #2 Supplement Part 3 Detention Record, #3 Supplement Part 4 Detention Record, #4 Supplement Part 5 Detention Record)(Cutini, Drake) (Entered: 05/11/2009) |
| 05/11/2009 | 16 | | ADMINISTRATIVE RECORD *of Import Alert 66–41* by U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES E. JOHNSON, KATHLEEN SEBELIUS. (Attachments: #1 Supplement Import Alert Record Part 2, #2 Supplement Import Alert Record Part 3)(Cutini, Drake) (Entered: 05/11/2009) |
| 05/11/2009 | 17 | | ADMINISTRATIVE RECORD *Background for Detention and Import Alert Decisions* by U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES E. JOHNSON, KATHLEEN SEBELIUS. (Cutini, Drake) (Entered: 05/11/2009) |
| 05/11/2009 | 18 | | NOTICE of Proposed Order by SOTTERA, INC. re 12 MOTION to Intervene (jf, ) (Entered: 05/12/2009) |

| 05/11/2009 | 19 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John R. Manthei, :Firm– Latham &Watkins LLP, :Address– 555 11th Street, NW, Suite 1000, Washington, DC 20004–1304. Phone No. – (202) 637–2211. by SOTTERA, INC. (jf, ) (Entered: 05/12/2009) |
| 05/14/2009 | 20 | | REPLY to opposition to motion re 2 MOTION for Temporary Restraining Order *in Support of its Motion for a Preliminary Injunction* filed by SMOKING EVERYWHERE, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schwartz, Christopher) (Entered: 05/14/2009) |
| 05/15/2009 | 21 | | NOTICE *of Corrected Pages for Administrative Record of Import Alert* by U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES E. JOHNSON, KATHLEEN SEBELIUS re 16 Administrative Record, (Attachments: # 1 Administrative Record – Corrected Pages)(Cutini, Drake) (Entered: 05/15/2009) |
| 05/15/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Motion Hearing held on 5/15/2009. MOTION 12 to Intervene filed by SOTTERA, INC. – Heard and Granted. MOTION 2 for Injunctive Relief filed by SMOKING EVERYWHERE, INC. and 24 MOTION for Preliminary Injunction by SOTTERA, INC – Heard and Taken Under Advisement. (Court Reporter Patty Gels.) (kc) Modified on 5/22/2009 (jf, ). (Entered: 05/15/2009) |
| 05/15/2009 | 22 | | Intervenor COMPLAINT filed by SOTTERA, INC..(jf, ) (Entered: 05/22/2009) |
| 05/15/2009 | 23 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests NONE by SOTTERA, INC. (jf, ) (Entered: 05/22/2009) |
| 05/15/2009 | 24 | | MOTION for Preliminary Injunction by SOTTERA, INC. (jf, ) (Additional attachment(s) added on 5/22/2009: # 1 Declaration of John Leadbeater) (jf, ). (Entered: 05/22/2009) |
| 05/15/2009 | | | Motions Taken Under Advisement: 24 MOTION for Preliminary Injunction, 2 MOTION for Temporary Restraining Order (jf, ) (Entered: 05/22/2009) |
| 05/22/2009 | 25 | | REPLY to opposition to motion re 2 MOTION for Temporary Restraining Order, 24 MOTION for Preliminary Injunction filed by SOTTERA, INC.. (Becker, David) (Entered: 05/22/2009) |

| 05/28/2009 | 26 | | AFFIDAVIT re Summons Issued as to AUSA, 1 Complaint, *of Mailing* by SMOKING EVERYWHERE, INC.. (Heyer, Eric) (Entered: 05/28/2009) |
|---|---|---|---|
| 05/28/2009 | 27 | | AFFIDAVIT re Summons Issued as to AUSA, 1 Complaint, *of Mailing Summons and Complaint to Kathleen Debelius* by SMOKING EVERYWHERE, INC.. (Heyer, Eric) (Entered: 05/28/2009) |
| 05/28/2009 | 28 | | AFFIDAVIT re Summons Issued as to AUSA, 1 Complaint, *of Mailing Summons and Complaint to US Department of Health and Human Services* by SMOKING EVERYWHERE, INC.. (Heyer, Eric) (Entered: 05/28/2009) |
| 05/28/2009 | 29 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES served on 5/21/2009, answer due 7/20/2009; CHARLES E. JOHNSON served on 5/21/2009, answer due 7/20/2009; KATHLEEN SEBELIUS served on 5/21/2009, answer due 7/20/2009. (See Docket Entries 26 27 and 28 to view documents). (nmw, ) (Entered: 05/29/2009) |
| 06/01/2009 | 30 | | AFFIDAVIT re Summons Issued as to AUSA, 1 Complaint, *re Service of Summons and Complaint to Jeffrey Taylor, US Attorney* by SMOKING EVERYWHERE, INC.. (Heyer, Eric) (Entered: 06/01/2009) |
| 06/01/2009 | 32 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 5/26/2009, answer due 7/27/2009; (See Docket Entry No. 30 to view document) (td, ) (Entered: 06/03/2009) |
| 06/02/2009 | 31 | | AFFIDAVIT re 1 Complaint, Set/Reset Hearings, *re Service of Summons and Complaint on Eric Holder, Attorney General of the United States* by SMOKING EVERYWHERE, INC.. (Heyer, Eric) (Entered: 06/02/2009) |
| 06/02/2009 | 33 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 5/28/09: (See docket entry no. 31 to view document) (td, ) (Entered: 06/03/2009) |
| 06/15/2009 | 34 | | TRANSCRIPT OF PROCEEDINGS before Judge Richard J. Leon of proceedings held on 5/15/09; Court Reporter/Transcriber Patty Gels, Telephone number 2023543236, Court Reporter Email Address : Patty_Gels@dcd.uscourts.gov.<br><br>For the first 90 days after this filing date, the transcript |

| | | | |
|---|---|---|---|
| | | | may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:**<br>The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 7/6/2009. Redacted Transcript Deadline set for 7/16/2009. Release of Transcript Restriction set for 9/14/2009.(Gels, Patty) (Entered: 06/15/2009) |
| 06/23/2009 | 35 | | MOTION for Leave to File *Instanter a Brief of Supplemental Authority in Support of its Motion for Preliminary Injunction* by SMOKING EVERYWHERE, INC. (Attachments: # 1 Memorandum in Support Supplemental Brief in Support of Motion for Preliminary Injunction)(Schwartz, Christopher) (Entered: 06/23/2009) |
| 06/24/2009 | | | MINUTE ORDER granting 35 MOTION for Leave to File Instanter a Brief of Supplemental Authority in Support of its Motion for Preliminary Injunction by SMOKING EVERYWHERE, INC. It is hereby ORDERED that the motion for leave to file is GRANTED. It is further ORDERED that defendants shall file their response, if any, no later than 7/6/2009. Signed by Judge Richard J. Leon on 6/24/2009. (lcrjl1) (Entered: 06/24/2009) |
| 06/24/2009 | | | Set/Reset Deadlines/Hearings: Response due by 7/6/2009. (kc) (Entered: 06/24/2009) |
| 06/24/2009 | 36 | | SUPPLEMENTAL MEMORANDUM in support of 24 MOTION for Preliminary Injunction filed by SMOKING EVERYWHERE, INC.. (jf, ) (Entered: 06/25/2009) |
| 07/01/2009 | 37 | | MOTION for Leave to File *Supplemental Brief in Support of Motion for Preliminary Injunction* by SOTTERA, INC. (Attachments: # 1 Supplemental Brief in Support of Motion for Preliminary Injunction, # 2 Text of Proposed Order)(Becker, David) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/01/2009) |
| 07/02/2009 | | | MINUTE ORDER granting 37 MOTION for Leave to File Supplemental Brief in Support of Motion for Preliminary Injunction by SOTTERA, INC. It is hereby ORDERED that the motion for leave to file is GRANTED. It is further ORDERED that defendants' deadline to file their response(s), if any, to the supplemental briefs is extended to 7/10/2009. Signed by Judge Richard J. Leon on 7/2/2009. (lcrjl1) (Entered: 07/02/2009) |
| 07/07/2009 | 38 | | AFFIDAVIT re 1 Complaint, *of Mailing Summons and Complaint to Margaret Hamburg* by SMOKING EVERYWHERE, INC.. (Heyer, Eric) (Entered: 07/07/2009) |
| 07/07/2009 | 39 | | AFFIDAVIT re Summons Issued as to AUSA, 1 Complaint, *of Mailing to Joshua Sharfstein* by SMOKING EVERYWHERE, INC.. (Heyer, Eric) (Entered: 07/07/2009) |
| 07/07/2009 | 40 | | AFFIDAVIT re Summons Issued as to AUSA, 1 Complaint, *of Mailing to United States Food and Drug Administration* by SMOKING EVERYWHERE, INC.. (Heyer, Eric) (Entered: 07/07/2009) |
| 07/10/2009 | 41 | | SUPPLEMENTAL MEMORANDUM to re 2 MOTION for Temporary Restraining Order, 24 MOTION for Preliminary Injunction *in Opposition to Motions for Preliminary Injunction* filed by U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES E. JOHNSON, KATHLEEN SEBELIUS. (Cutini, Drake) (Entered: 07/10/2009) |
| 07/13/2009 | | | MINUTE ORDER granting 13 19 Motions for Leave to Appear Pro Hac Vice. It is hereby ORDERED that the motions are GRANTED. Carolyne R. Hathaway and John R. Manthei shall be admitted pro hac vice in this matter. Signed by Judge Richard J. Leon on 7/13/2009. (lcrjl1) (Entered: 07/13/2009) |
| 07/15/2009 | 42 | | MOTION for Leave to File *Reply to Defendants' Supplemental Brief* by SOTTERA, INC. (Attachments: # 1 Reply of Intervenor–Plaintiff Sottera, Inc., d/b/a NJOY to Defendants' Supplemental Brief, # 2 Declaration of David A. Becker, # 3 Exhibit A, # 4 Exhibit B, # 5 Proposed Order)(Becker, David) (Entered: 07/15/2009) |
| 07/17/2009 | 43 | | MOTION for Leave to File *Instanter a Reply Brief in Support of its Brief of Supplemental Authority in* |

| | | | |
|---|---|---|---|
| | | | *Support of its Motion for Preliminary Injunction* by SMOKING EVERYWHERE, INC. (Attachments: # 1 Exhibit Smoking Everywhere Inc.'s Reply Brief in Support of its Brief of Supplemental Authority in Support of its Motion for Preliminary Injunction)(Schwartz, Christopher) (Entered: 07/17/2009) |
| 07/20/2009 | | | MINUTE ORDER granting 42 43 Motions for Leave to File Reply Briefs. It is hereby ORDERED that the motions are GRANTED. Signed by Judge Richard J. Leon on 7/20/2009. (lcrjl1) (Entered: 07/20/2009) |
| 07/20/2009 | 44 | | REPLY re 41 Supplemental Memorandum, filed by SOTTERA, INC.. (Attachments: # 1 Declaration of David A. Becker, # 2 Exhibit A, # 3 Exhibit B)(nmw, ) (Entered: 07/21/2009) |
| 07/20/2009 | 45 | | REPLY re 36 Supplemental Memorandum filed by SMOKING EVERYWHERE, INC.. (nmw, ) (Entered: 07/21/2009) |
| 07/21/2009 | | | Set/Reset Hearings: Supplemental Motion Hearing regarding impact of Family Smoking Prevention and Tobacco Control Act on pending motions for preliminary injunction set for 8/17/2009 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 07/21/2009) |
| 07/24/2009 | 46 | | Unopposed MOTION for Extension of Time to File Answer re 22 Intervenor Complaint, 1 Complaint, by U.S. FOOD AND DRUG ADMINISTRATION, JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHARLES E. JOHNSON, KATHLEEN SEBELIUS (Attachments: # 1 Text of Proposed Order)(Cutini, Drake) (Entered: 07/24/2009) |
| 07/27/2009 | | | MINUTE ORDER granting 46 Motion for Extension of Time to Answer. It is hereby ORDERED that the motion for an extension of time to respond to plaintiff's and intervenor–plaintiff's complaints is GRANTED. Defendants' response(s) to plaintiff's and intervenor–plaintiff's complaints are due 20 days after this Court resolves the pending preliminary injunction motions or, if this Court's decision on the preliminary injunction motions is appealed within 20 days, within 20 days after the Court of Appeals resolves the appeal. Signed by Judge Richard J. Leon on 7/27/2009. (lcrjl1) (Entered: 07/27/2009) |
| 08/17/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Oral Argument Hearing held on 8/17/2009. Court takes motions under advisement. (Court Reporter |

| | | | |
|---|---|---|---|
| | | | Patty Gels.) (kc) (Entered: 08/18/2009) |
| 08/25/2009 | 47 | | MOTION for Leave to File a Brief of Amicus Curiae by JOHN F. BANZHAF "Leave to file granted" by Judge Richard J. Leon (Attachments: # 1 Exhibit Amicus Brief &Exhibits)(jf, ) (Entered: 08/25/2009) |
| 08/27/2009 | 48 | | Memorandum in opposition to re 47 MOTION for Leave to File filed by SMOKING EVERYWHERE, INC.. (Schwartz, Christopher) (Entered: 08/27/2009) |
| 09/09/2009 | 49 | | MOTION for Leave to participate and file brief as amicus curiae by ALLIANCE OF ELECTRONIC SMOKERS. (Attachments: # 1 Exhibit Amicus Brief, # 2 Text of Proposed Order)(jf, ) (Entered: 09/10/2009) |
| 09/09/2009 | 50 | | NOTICE of Appearance by Christopher Michael Loveland on behalf of ALLIANCE OF ELECTRONIC SMOKERS (jf, ) (Entered: 09/10/2009) |
| 09/17/2009 | 51 | | Memorandum in opposition to re 49 MOTION for Leave to File *Amicus Brief filed by Alliance of Electronic Smokers* filed by JOSHUA M. SHARFSTEIN, MARGARET HAMBURG, CHARLES E. JOHNSON, KATHLEEN SEBELIUS. (Attachments: # 1 Exhibit)(Cutini, Drake) (Entered: 09/17/2009) |
| 09/23/2009 | 52 | | MOTION for Leave to File *Reply to Defendants' September 17, 2009, Response to Proposed Amicus* by SOTTERA, INC. (Attachments: # 1 Reply of Intervenor–Plaintiff, # 2 Text of Proposed Order)(Becker, David) (Entered: 09/23/2009) |
| 09/29/2009 | 53 | | MOTION for Leave to File *Instanter a Status Report Concerning Recent Events Which May Impact Plaintiff's Continued Existence* by SMOKING EVERYWHERE, INC. (Attachments: # 1 Exhibit Status Report, # 2 Exhibit Exhibits A – C to Status Report)(Schwartz, Christopher) (Entered: 09/29/2009) |
| 01/14/2010 | 54 | | MEMORANDUM OPINION. Signed by Judge Richard J. Leon on 1/14/10. (kc) (Entered: 01/14/2010) |
| 01/14/2010 | 55 | | ORDER, For the reasons set forth in the Memorandum Opinion, it is this 14th day of January, 2010, hereby ORDERED that Smoking Everywhere's Motion for Temporary Restraining Order and/or Injunctive relief 2 , which the Court has converted to a Motion for Preliminary Injunction (Minute Order dated May 1, 2009), and NJOY's Motion for Preliminary Injunction 24 are GRANTED; it is further ORDERED that FDA shall not detain or refuse admission into the United States of Smoking Everywhere's electronic cigarette products on the ground that those products are unapproved drugs, devices, or drug–device |

| | | | |
|---|---|---|---|
| | | | combinations under the Food,Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. 301 et seq; it is further ORDERED that FDA shall not detain or refuse admission into the United States of NJOY's electronic cigarette products on the ground that those products are unapproved drugs, devices, or drug–device combinations under the FDCA, absent a proffer of evidence, consistent with the Court's Memorandum Opinion, that NJOY's products are intended to have a therapeutic effect; it is further ORDERED that the Combined Motion for Leave to Submit a Brief Amicus Curiae and Brief Amicus Curiae in Support of Defendant FDA by Action on Smoking and Health 47 and Alliance of Electronic Smokers' Motion for Leave to Participate and File Brief as Amicus Curiae 49 are GRANTED; and it is further ORDERED that the Motion of Intervenor–Plaintiff Sottera, Inc. d/b/a NJOY for leave to File Reply to Defendants' September 17th Response to Proposed Amicus 52 and Plaintiff Smoking Everywhere, Inc.'s Motion for Leave to File Instanter a Status Report Concerning Recent Events Which May Impact Plaintiff's Continued Existence 53 are DENIED. SO ORDERED. Signed by Judge Richard J. Leon on 1/14/10. (kc) (see order.) (Entered: 01/14/2010) |
| 01/14/2010 | 56 | | AMICUS BRIEF by ALLIANCE OF ELECTRONIC SMOKERS. (znmw, ) (Entered: 01/15/2010) |
| 01/14/2010 | 57 | | AMICUS BRIEF by JOHN F. BANZHAF. (znmw, ) (Entered: 01/15/2010) |
| 01/29/2010 | 58 | | MOTION to Stay re 55 Order on Motion for Preliminary Injunction, Order on Motion for TRO, Order on Motion for Leave to File,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, by MARGARET HAMBURG, CHARLES E. JOHNSON, KATHLEEN SEBELIUS, JOSHUA M. SHARFSTEIN, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Declaration)(Cutini, Drake) (Entered: 01/29/2010) |
| 01/31/2010 | 59 | | Memorandum in opposition to re 58 MOTION to Stay re 55 Order on Motion for Preliminary Injunction, Order on Motion for TRO, Order on Motion for Leave to File,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, MOTION to Stay re 55 Order on Motion for Preliminary Injunction, Order on Motion for TRO, Order on Motion for Leave to File,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by SOTTERA, INC.. (Attachments: # 1 Declaration Declaration of John Leadbeater)(Becker, David) (Entered: 01/31/2010) |
| 02/01/2010 | | | MINUTE ORDER denying 58 Emergency Motion for a |

| | | | |
|---|---|---|---|
| | | | Stay of the Preliminary Injunction to Allow the Solicitor General to Determine Whether to Appeal and to Seek a Stay Pending Appeal. It is hereby ORDERED that the defendants' motion is DENIED. Signed by Judge Richard J. Leon on 1/30/2010. (lcrjl1) (Entered: 02/01/2010) |
| 02/01/2010 | 60 | | MOTION to Stay re 54 Memorandum &Opinion, 55 Order on Motion for Preliminary Injunction, Order on Motion for TRO, Order on Motion for Leave to File,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, by MARGARET HAMBURG, CHARLES E. JOHNSON, KATHLEEN SEBELIUS, JOSHUA M. SHARFSTEIN, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION (Cutini, Drake) (Entered: 02/01/2010) |
| 02/01/2010 | 61 | | ENTERED IN ERROR.....NOTICE *of Appeal* by MARGARET HAMBURG, CHARLES E. JOHNSON, KATHLEEN SEBELIUS, JOSHUA M. SHARFSTEIN, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION re 54 Memorandum &Opinion, 55 Order on Motion for Preliminary Injunction, Order on Motion for TRO, Order on Motion for Leave to File,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, (Cutini, Drake) Modified on 2/1/2010 (znmw, ). (Entered: 02/01/2010) |
| 02/01/2010 | 62 | | NOTICE OF INTERLOCUTORY APPEAL as to 54 Memorandum &Opinion, 55 Order on Motion for Preliminary Injunction, Order on Motion for TRO, Order on Motion for Leave to File, filed by MARGARET HAMBURG, KATHLEEN SEBELIUS, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. Filing fee $ 0. Fee Status: No Fee Paid (Government). Parties have been notified. (znmw, ) (Entered: 02/01/2010) |
| 02/01/2010 | | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 61 Notice (Other)was entered in error and has been refiled as Docket Entry 62 Notice of Interlocutory Appeal.(znmw, ) (Entered: 02/01/2010) |
| 02/01/2010 | 63 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the fee was an Appeal by the Government re 62 Notice of Interlocutory Appeal,. (znmw, ) (Entered: 02/01/2010) |
| 02/01/2010 | | | USCA Case Number 10–5032 for 62 Notice of Interlocutory Appeal, filed by U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, MARGARET |

| | | | |
|---|---|---|---|
| | | | HAMBURG, KATHLEEN SEBELIUS, U.S. FOOD AND DRUG ADMINISTRATION. (znmw, ) (Entered: 02/01/2010) |
| 02/01/2010 | 64 | 17 | MOTION for Reconsideration re 54 Memorandum &Opinion, 55 Order on Motion for Preliminary Injunction, Order on Motion for TRO, Order on Motion for Leave to File by MARGARET HAMBURG, KATHLEEN SEBELIUS, JOSHUA M. SHARFSTEIN, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (See Docket Entry 60 to view document. Counsel is reminded to select all parts of the motion in future). (znmw, ) (Entered: 02/02/2010) |

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: David A. Becker (amy.gibson@lw.com, david.becker@lw.com,
phil.perry@lw.com), Drake S. Cutini (drake.cutini@usdoj.gov, marilyn.neal@usdoj.gov,
ocl.files@usdoj.gov), Carolyne R. Hathaway (carolyne.hathaway@lw.com), Eric N. Heyer
(brian.lamb@thompsonhine.com, eric.heyer@thompsonhine.com, katie.karch@thompsonhine.com,
matt.ridings@thompsonhine.com, walt.linscott@thompsonhine.com), Christopher Michael
Loveland (cloveland@sheppardmullin.com), John Richard Manthei (john.manthei@lw.com),
Christopher Kip Schwartz (katie.karch@thompsonhine.com, kip.schwartz@thompsonhine.com),
Deborah M. Shelton (dshelton@sheppardmullin.com), Judge Richard J. Leon
(kenneth_cockrell@dcd.uscourts.gov, rjl_dcdecf@dcd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:2447144@dcd.uscourts.gov
```
Subject:Activity in Case 1:09-cv-00771-RJL SMOKING EVERYWHERE, INC. v. U.S. FOOD AND DRUG ADMINISTRATION et al Motion for Reconsideration
Content−Type: text/html

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 2/2/2010 at 10:12 AM EDT and filed on 2/1/2010

| | |
|---|---|
| **Case Name:** | SMOKING EVERYWHERE, INC. v. U.S. FOOD AND DRUG ADMINISTRATION et al |
| **Case Number:** | 1:09−cv−00771−RJL |
| **Filer:** | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES |
| | U.S. FOOD AND DRUG ADMINISTRATION |
| | JOSHUA M. SHARFSTEIN |
| | MARGARET HAMBURG |
| | KATHLEEN SEBELIUS |
| **Document Number:** | 64(No document attached) |

**Docket Text:**
 **MOTION for Reconsideration re [54] Memorandum &Opinion, [55] Order on Motion for Preliminary Injunction, Order on Motion for TRO, Order on Motion for Leave to File by MARGARET HAMBURG, KATHLEEN SEBELIUS, JOSHUA M. SHARFSTEIN, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. FOOD AND DRUG ADMINISTRATION. (See Docket Entry [60] to view document. Counsel is reminded to select all parts of the motion in future). (znmw, )**

**1:09−cv−00771−RJL Notice has been electronically mailed to:**

Christopher Kip Schwartz  kip.schwartz@thompsonhine.com, katie.karch@thompsonhine.com

Drake S. Cutini  drake.cutini@usdoj.gov, marilyn.neal@usdoj.gov, ocl.files@usdoj.gov

David A. Becker david.becker@lw.com, amy.gibson@lw.com, phil.perry@lw.com

John Richard Manthei john.manthei@lw.com

Christopher Michael Loveland cloveland@sheppardmullin.com

Deborah M. Shelton dshelton@sheppardmullin.com

Eric N. Heyer eric.heyer@thompsonhine.com, brian.lamb@thompsonhine.com,
katie.karch@thompsonhine.com, matt.ridings@thompsonhine.com, walt.linscott@thompsonhine.com

Carolyne R. Hathaway carolyne.hathaway@lw.com

**1:09–cv–00771–RJL Notice will be delivered by other means to::**

Brian J. Lamb
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114–1291

JOHN F. BANZHAF
ACTION ON SMOKING AND HEALTH
2013 H Street, NW
Washington, DC 20006

Matthew D. Ridings
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114–1291

Walt A. Linscott
THOMPSON HINE LLP
1201 West Peachtree St., NW
Suite 2200
Atlanta, GA 30309–3449