# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMOKING EVERYWHERE, INC., )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>SOTTERA, INC., d/b/a NJOY, )<br>)<br>Intervenor/Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FOOD AND DRUG ADMINISTRATION, )<br>*et al.*, )<br>)<br>Defendants. ) | Case No. 09-cv-0771 (RJL) |

**PLAINTIFF SMOKING EVERYWHERE, INC.'S,
NOTICE OF DISMISSAL OF COMPLAINT**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Smoking Everywhere, Inc., hereby dismisses without prejudice all causes of action in the Complaint against Defendants U.S. Food and Drug Administration and U.S. Department of Health and Human Services.

Neither Defendant has filed an Answer to the Complaint or a Motion for Summary Judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: June 15, 2010         Respectfully Submitted,

                             KELLER AND HECKMAN LLP

                              /s/ Douglas J. Behr
                             Douglas J. Behr (D.C. Bar No. 163998)
                                 behr@khlaw.com
                              /s/ Robert A. Sheffield
                             Robert A. Sheffield (D.C. Bar No. 500464)
                                 sheffield@khlaw.com

1001 G Street, N.W., Suite 500 West
Washington, D.C.  20001
Tel:  202-434-4100
Fax:  202-434-4646

John B. Dubeck (Of Counsel)
Azim Chowdhury (Of Counsel)
KELLER AND HECKMAN LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C.  20001
Tel:  202-434-4100
Fax:  202-434-4646

*Counsel for Plaintiff*
*Smoking Everywhere, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of June 2010, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court through the Court's CM/ECF system, which electronically served the following users:

> David A. Becker, Esquire
> Philip Jonathan Perry, Esquire
> Carolyne R. Hathaway, Esquire
> John Richard Manthei, Esquire
> LATHAM & WATKINS LLP
> 555 11th Street, N.W.
> Washington, D.C. 20004
>
> *Counsel for Intervenor/Plaintiff Sottera Inc. d/b/a NJOY*
>
> Drake Cutini, Esquire
> Office of Consumer Litigation
> United States Department of Justice
> P.O. Box 386
> Washington, D.C. 20044
>
> *Counsel for Defendants*

Respectfully submitted,

 /s/ Douglas J. Behr
Douglas J. Behr